IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN E. PRIDE                                                                                       PLAINTIFF
ADC #73122

V.                                      NO. 4:06CV00652 SWW

LARRY NORRIS, et al                                                                              DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint, without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 19th day of June, 2006.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE